# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| CINDY NAETHING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:14-cv-02292 |
| ) | |
| ) | |
| AMERICAN GENERAL LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, CINDY NAETHING, hereby voluntarily dismisses this matter **WITHOUT PREJUDICE**, without costs and without fees, as to all Defendants.

DATED: February 9, 2015        Respectfully submitted,

**FOY LAW GROUP, P.A.**


/s/ Robert J. Foy
ROBERT J. FOY, BPR #025919
Attorney for Plaintiff
620 North Walnut Street
Murfreesboro, TN 37130
P: 615.895.0332
F: 615.895.0334

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2015, the foregoing was served on the following counsel via the U.S. District Court's electronic filing system:

Overton Thompson, III, BPR #011163
**Bass Berry and Sims**
150 Third Avenue South, Ste. 2800
Nashville, TN 37201

*Attorney for Defendant*

/s/ Robert J. Foy